No. 75–1064. KREMENS, HOSPITAL DIRECTOR, ET AL. *v.* BARTLEY ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 424 U. S. 964.] Motion of Bernard G. Segal, Esquire, on behalf of the Supreme Court of Pennsylvania, for additional time to participate in oral argument as *amicus curiae* denied. Alternative request for divided argument granted.

No. 75–1150. CITY OF PHILADELPHIA ET AL. *v.* NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. [Probable jurisdiction noted, 425 U. S. 910.] Motion of appellants for leave to file supplemental brief after argument granted and each side is given 21 days within which to file such a brief. Request for further oral argument denied.

No. 75–1578. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA *v.* SYKES. C. A. 5th Cir. [Certiorari granted, *ante,* p. 883.] Motion of respondent for appointment of counsel granted, and it is ordered that William F. Casler, Esquire, of St. Petersburg Beach, Fla., is appointed to serve as counsel for respondent in this case.

No. 75–1687. UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEES *v.* NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. [Probable jurisdiction noted, 427 U. S. 903.] Motion of Securities Industry Assn. for leave to file a reply brief as *amicus curiae* denied.

No. 75–1693. BLACKLEDGE, WARDEN, ET AL. *v.* ALLISON. C. A. 4th Cir. [Certiorari granted, *ante,* p. 814.] Motion of respondent for appointment of counsel granted, and it is ordered that C. Frank Goldsmith, Jr., Esquire, of Marion, N. C., is appointed to serve as counsel for respondent in this case.

No. 76–5433. TECTON *v.* MERHIGE ET AL., U. S. DISTRICT JUDGES. Motion for leave to file petition for writ of prohibition denied.